USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1 7 MAY 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN ALTMAN,

        Plaintiff,

  -against-

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION, MARY L.
SCHAPIRO, Chairman, and ELIZABETH
M. MURPHY, Secretary,

        Defendants.

10 Civ. 9141 (RJH)

**NOTICE OF APPEAL**

    NOTICE IS HEREBY GIVEN that plaintiff Steven Altman appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on March 10, 2011 (ECF Docket No. 16).

Northport New York
April 11, 2011

                STEIN LAW, P.C.

                By: _____
                    Mitchell A. Stein
                24 Woodbine Avenue, Suite 4
                Northport, New York 11768
                (631) 757-8400 - phone
                (631) 757-8404 - fax
                iplawyer@kingofip.com

                Attorneys for Steven Altman

TO:  U.S. Securities and Exchange Commission
      Office of the Secretary
      100 F. Street, NE
      Washington, D.C. 20549

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN ALTMAN,

    Plaintiff,

  -against-

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION, MARY L.
SCHAPIRO, Chairman, and ELIZABETH
M. MURPHY, Secretary,

    Defendants.

---

10 Civ. 9141 (RJH)

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that plaintiff Steven Altman appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on March 10, 2011 (ECF Docket No. 16).

Northport New York
April 11, 2011

         STEIN LAW, P.C.



         Digitally signed by Mitchell A. Stein
         DN: cn=Mitchell A. Stein, o=STEIN LAW, P.C., ou,
         email=mitch@kingofip.com, c=US
         Date: 2011.04.11 16:56:19 -04'00'

By:_____
  Mitchell A. Stein
  24 Woodbine Avenue, Suite 4
  Northport, New York 11768
  (631) 757-8400 - phone
  (631) 757-8404 - fax
  iplawyer@kingofip.com

  Attorneys for Steven Altman

TO: U.S. Securities and Exchange Commission
   Office of the Secretary
   100 F. Street, NE
   Washington, D.C. 20549